JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES COMPTON, | ) | No. CV 14-7397-GAF (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| STU SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction. All pending motions are denied.

DATED: September 28, 2014

GARY A. FEESS
United States District Judge

**JS-6**